IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>vs.<br><br>DENNIS L. COLEMAN,<br><br>                 Defendant. | 8:08CR341<br><br><br>ORDER |

This matter is before the Court on the defendant's motion for early termination of supervised release or modification of supervision terms and request for hearing, Filing No. 71. The Court held a hearing on the motion on December 12, 2014. The Court finds that the defendant's motion to terminate or modify supervision is granted in part and the defendant's request in all other respects is denied.

IT IS ORDERED that the defendant's supervision is reduced to 3 years of supervised release, ending on February 21, 2016. His supervision shall continue under the same conditions previously set by the court with the exception of special condition No. 5, which requires attending a domestic violence program approved by the State Coalition Against Domestic Violence. The court notes that the defendant has successfully undergone the approved cognitive behavioral based program offered by the U.S. Probation Office, and he has had no incidents of domestic abuse while on supervision. The court finds that the defendant's exemplary behavior since November 2013, his completion of the cognitive-behavior program and his continued addiction recovery efforts justify eliminating this special condition.

Dated this 16th day of December, 2014

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge